"Exhibit 1"

# IN THE DISTRICT COURT OF ETOWAH COUNTY, ALABAMA

| | |
|---|---|
| STATE OF ALABAMA, <br> PLAINTIFF | * <br> * <br> * |
| VS. | *    CASE NO.:DC-04-3515 <br> *               DC-04-3516 |
| ANTHONY D. BLOUNT, <br> DEFENDANT | * <br> * |

FILED JUN 10 2005
CLERK BILLY YATES, DISTRICT COURT

## MOTION FOR A SPEEDY TRIAL

COMES NOW the defendant, by and through his attorney, and moves this Court to grant him a speedy trial, and as grounds therefor, sets forth the following:

1. The within defendant was initially arrested on October 28, 2004, and as of the date of this filing, the defendant has not been indicted by the Grand Jury to the best of Defendant's knowledge.

2. The above named defendant has been, and will continue to be, prejudiced by any continued delay in bringing his case to trial.

3. The within defendant will remain in custody until his trial.

4. That the Defendant's sixth amendment right to a speedy trial under the United States Constitution and relevant provisions of the Constitution of the State of Alabama are violated by this delay.

WHEREFORE, the within defendant asserts his right to a speedy trial and prays that this honorable Court will grant him a speedy trial, in accordance with the constitutions of the United States and the State of Alabama.

DONE this, the _10_ day of June, 2005.

*James M. Shelnutt*
James M. Shelnutt
Attorney for Defendant
James M. Shelnutt, Esq.
601 South 5th Street
Gadsden, AL. 35901
(256) 547-4988

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been duly served upon the District Attorney by placing a copy of same in his courthouse box on this the __10__ day of June, 2005.

*James M. Shelnutt*
James M. Shelnutt
Attorney for Defendant



FILED
JUN 10 2005
BILLY YATES
CLERK, DISTRICT COURT