IN THE CIRCUIT COURT OF __Etowah__ COUNTY, ALABAMA

__Anthony Blount__,  *
    DEFENDANT,  *
    VS.  * CASE NO.( to be provided by the Clerk)
STATE OF ALABAMA,  * UNLAWFUL POSSES.CONTROL SUB.
    PLAINTIFF,  *

## DEFENDANT'S MOTION FOR A FAST AND SPEEDY TRIAL

Comes now the Defendant in the above styled cause, and hereby moves this honorable court for an order to grant the defendant a fast and speedy trial on the cause as stated herein.

The Defendant files this action pursuant to rule 8.1(1)(2)(3)(4) of Alabama Rules of criminal Procedure. The Defendant also invokes the Jurisdiction of this court pursuant to United States Constitutional Amendment 1,5,6,14. The Defendant states the following as reasons for such relief.

### BASES FOR THE RELIEF SOUGHT

The Defendant was accused of the offense of unlawful possession of a controlled substance on the __26__ day of __Oct. 2004__.

(2). The Defendant has attempted to have final disposition of said charge for over __17__ months.

(3). That the Defendant is in custody of the State of Alabama Department of corrections and said detainer is denying the Defendant of programs, parole, work release and so forth.

(4). That the Defendant is entitled to relief as a matter of law herein and seeks the justice authorized by the United States Constitution and the constitution of Alabama 1901.

WHEREFORE, PREMISES CONSIDERED. The Defendant files this action and pray for relief as stated herein.

Respectfully submitted;

__Anthony Blount__
DEFENDANT, pro-se.

RECEIVED
MAR 0 7 2006

## CERTIFICATE OF SERVICE

I, hereby certify that I have served a copy of the forgoing to the Plaintiff via U.S. Mail this the 2nd day of March 2006.

*[signature]*

ANTHONY BLUNT, # 140048

EASTERLING CORRECTIONAL FACILITY

200 WALLACE DRIVE

CLIO, ALABAMA 36017

SWORN TO THIS THE 2nd DAY OF MARCH 2006.

*[signature]*

ANTHONY BLUNT # 140048

*[signature]*

NOTARY PUBLIC

August 3, 2009

MY COMMISSION EXPIRES

CC/ABB