# COURT OF CRIMINAL APPEALS
# STATE OF ALABAMA

H. W. "BUCKY" McMILLAN
Presiding Judge
SUE BELL COBB
PAMELA W. BASCHAB
GREG SHAW
A. KELLI WISE
Judges



Lane W. Mann
Clerk
Sonja McKnight
Assistant Clerk
(334) 242-4590
Fax (334) 242-4689

CR-05-1093

Anthony D. Blount v. State of Alabama  (Appeal from Etowah Circuit Court: CC94-826)

## ORDER

Appellant's motion for an order to show cause is DISMISSED.

Done this the 22nd day of March, 2006.

_____
H. W. "Bucky" McMillan, Presiding Judge
Court of Criminal Appeals

cc: Anthony D. Blount, Pro Se
    Office of Attorney General