# THE SHELNUTT LAW FIRM, P.C.

### "WHEN YOU NEED SOMEONE ON YOUR SIDE"

**JAMES M. SHELNUTT**
*Attorney At Law*

601 SOUTH 5TH STREET
GADSDEN, AL 35901

MAILING ADDRESS:
P.O. BOX 767
GADSDEN, AL 35902
(256) 547-4988
(877) 547-4988
FAX: (256) 547-4544

March 31, 2006

## CONFIDENTIAL CLIENT-ATTORNEY COMMUNICATIONS

Easterling Correctional Facility
**Inmate: Anthony Blount   AIS # 140048**
200 Wallace Drive
Clio, AL  36017-2615

Dear Anthony:

    I am writing this letter in response to a phone call I received on Thursday, March 30, 2006, regarding your case. First of all, I want to make it perfectly clear that we have done everything possible to move your case forward in the judicial process. To begin with, we have made no less than fifteen phone calls to the District Attorneys office to ask that he move your case forward. Additionally, I have sat down with the head District Attorney himself, Jimmy Harp, and talked with him about your case personally. I have also met with one or more of his assistants on numerous occasions, during which your case was discussed every time.

    In addition to the many meetings and phone calls, I have also written numerous letters to the District Attorney's Office, demanding that your case be moved forward. If that were not enough, I have also filed a Motion for a Speedy Trial on your behalf, on which Judge Russell deferred ruling so that the motion could be dealt with by the Circuit Court. I think it is safe to say that we have done everything that we can reasonably do in your case. However, even after all of these efforts, it appears that you are still not satisfied with our services and somehow believe that we are responsible for your being in jail. I will now address that issue.

    The reason you are in jail is not because of our actions, but rather due to your own actions while on parole and due to the fact that the parole board decided that a revocation was appropriate. You were represented vigorously at that hearing and, as a matter of fact, you still have not paid us in full for representing you at that hearing.

    As to moving your ongoing active criminal case along in the process, I cannot control *if* and *when* the District Attorney presents your case to the Grand Jury and have absolutely no control over when your case is docketed for trial after an indictment if issued. The only mechanism that I have to move your case forward is to file a Motion for a Speedy Trial, which I did last year. As stated earlier, I have made numerous phone calls and visits to the District Attorney's office, both before and after filing that motion in an effort to prompt them to move your case forward.

      **Just to let you know, we have been paid <u>absolutely nothing</u> on your active criminal case. That is because, when we are appointed on a criminal case, we cannot get paid until the matter is resolved.** Therefore, we have an additional interest in getting your case moved forward in the process. Needless to say, we would like to have the case moved forward as well, since I cannot operate a law office for free.

      At this time, I will be filing a Motion to Withdraw in your case. I will ask that the Court immediately appoint you another attorney without delay. I wish you the best of luck in your case.

                                                            Most sincerely,

                                                           James M. Shelnutt
                                                          Attorney at Law

JMS: jmc