**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Clerk, U.S. District Court
   Northern District of Alabama
   140 U.S. Courthouse
   1729 5th Avenue, North
   Birmingham, AL 35203

   06CV433

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X S. Brown
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name): S. BROWN
   Date of Delivery: 6/16/06

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label): 7004 1160 0003 5811 2328

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540